# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD ALAN TERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-176-DRH |
| | ) |
| DONALD A. HULICK., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**HERNDON, Chief Judge:**

On July 11, 2008, the Court entered an Order denying Plaintiff's motion to proceed *in forma pauperis* and directing Plaintiff to pay the $350 filing fee within fifteen days (Doc. 5). Plaintiff was warned that his failure to comply with the Court's Order could result in the dismissal of his action. More than fifteen days have passed and Plaintiff still has not paid the $350 filing fee. Therefore, the instant complaint will be dismissed, with prejudice, for failing to comply with the Court's Order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**DATED:** August 25, 2008.

/s/ DavidRHerndon
**DISTRICT JUDGE**